**No. 68180.**—James G. Wiley, a/c Sentora Hardware Distributors *v.* United States, protest 61/18063 (Los Angeles).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that

the merchandise consists of railway picks which are track tools of iron, the claim of the plaintiff was sustained.